# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-10044-CBK |
| Plaintiff, | |
| vs. | REPORT AND RECOMMENDATION ON MOTION TO DISMISS |
| AARON DUMARCE, | |
| Defendant. | |

Aaron Dumarce filed a motion to dismiss, asserting that his indictment failed to state an offense.[1] After receiving the motion and supporting memorandum,[2] the Government moved to dismiss the indictment.[3] Finding that the interests of justice would be best served if the indictment was dismissed, now, it is hereby

---

[1] Dkt. No. 20.

[2] Dkt. No. 21.

[3] Dkt. No. 24.

RECOMMENDED that the Government's motion be granted and the indictment be dismissed. It is further,

RECOMMENDED that Dumarce's dismissal motion be denied as moot.

## NOTICE

The parties have 14 calendar days after service of this report and recommendation to object.[4] Unless an extension of time for cause is later obtained, failure to timely object will result in the waiver of the right to appeal questions of fact.[5] Objections must "identify[] those issues on which further review is desired."[6]

DATED this 30th day of April, 2026.

BY THE COURT:

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

---

[4] 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

[5] *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Nash v. Black*, 781 F.2d 665, 667 & n.3 (8th Cir. 1986).

[6] *Nash*, 781 F.2d at 667 (quoting *Thomas v. Arn*, 474 U.S. 140, 155 (1985)).