UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON DUMARCE,<br><br>Defendant. | 1:25-CR-10044-CBK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER ON MOTION TO DISMISS |

Defendant filed a motion to dismiss the indictment.  The government thereafter filed a motion to dismiss the indictment. The motions came on for review before United States Magistrate Mark A. Moreno.  Magistrate Moreno issued a written report and recommendation, recommending that the motions to dismiss be granted.

No party objects to the report and recommendation.  I find that dismissal of the indictment is in the interests of justice.

Now, therefore,

IT IS ORDERED:

1.  The Magistrate's report and recommendation, Doc. 25, is adopted.

2.  Defendant's motion, Doc. 20, to dismiss the indictment is granted.

3.  The government's motion, Doc. 24, to dismiss the indictment is granted.

Dated this 12th day of May, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge